IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nathaniel Turner Jr., ) | No. CV 05-2209-PHX-SMM |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Dora Schriro, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

On April 28, 2006, Magistrate Judge Morton Sitver filed a Report and Recommendation, advising this Court that Petitioner's Petition for Writ of Habeas Corpus and this action should be dismissed. [Doc. No. 12] Petitioner moved this Court for an extension of time in which to file his objections to the Report and Recommendation. [Doc. No. 13] The Court granted Petitioner's Motion and allowed Petitioner until June 14, 2006 to file his objections. [Doc. No. 14] To date, Petitioner has not filed objections to Judge Sitver's Report and Recommendation.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter

1 v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch.
2 Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

3     By failing to object to a Report and Recommendation, a party waives its right to
4 challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's
5 legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455
6 (9th Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be
7 weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v.
8 Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187
9 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and no objections having been made by Plaintiff thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Morton Sitver. [Doc. No. 12]

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED and this action is DISMISSED WITH PREJUDICE. The Clerk of Court shall terminate this action accordingly.

DATED this 20th day of June, 2006.

_____
Stephen M. McNamee
United States District Judge